1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| B. BENEDICT WATERS, | ) | Case No. CV 07-7568 CAS (AJW) |
|     Plaintiff, | ) | |
| | ) | ORDER ADOPTING REPORT |
|     v. | ) | AND RECOMMENDATION OF |
| | ) | MAGISTRATE JUDGE |
| HOLLYWOOD TOW SERVICE, INC., et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, the attached Report and Recommendation of Magistrate Judge ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED:   August 31, 2010

_____
CHRISTINA A. SNYDER
United States District Judge