| | |
|---|---|
| Eric J. Hardeman (SBN 253489)<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA  92612<br>Telephone:  (949) 851-3939<br>Facsimile:   (949) 553-7539<br>ejhardeman@jonesday.com<br><br>Attorney for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. | Matthew J. Liedle, (SBN 128687)<br>Eric J. Larson, (SBN 176838)<br>LIEDLE, LOUNSBERY,<br>LARSON & LIDL, LLP<br>12520 High Bluff Drive, Suite 200<br>San Diego, California 92130<br>Telephone:  858.369.7280<br>Facsimile:   858.369.7285<br>Email: Elarson@Liedlelaw.Com<br><br>Attorneys for Defendant<br>RICKENBACKER GROUP, INC. |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. Benedict Waters,<br><br>      Plaintiff,<br><br>      vs.<br><br>Hollywood Tow Service, Inc., a California corporation; Rafael; Raphael; Rafael Montoya; Raphael Montoya; Robert Andalan; Gloria Jeff; Donettea Beckum; Antonio Medieta; Shontay Jackson; John Doe 1; John Doe 2; John Doe 3; Kenneth Heinsius; City of Los Angeles; Office of the City Attorney; Rickenbacker Group, Inc., a California Corporation; Experian Information Solution, Inc., an Ohio corporation; John Doe 4; Beverly Samuel; Jane Doe 1; Juan Carlos Casas; and, Rita L. Robinson, in their individual capacities.<br><br>      Defendants. | Case No.: CV-07-07568 CAS (AJW)<br><br>**JUDGMENT** |

\\\

\\\

\\\

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that
2  judgment is entered in favor of Experian Information Solution, Inc.'s ("Experian")
3  and Rickenbacker Group, Inc. ("Rickenbacker") against Plaintiff B. Benedict
4  Waters ("Plaintiff") on all of Plaintiff's claims against Experian and Rickenbacker,
5  and that each and every claim against Experian is dismissed with prejudice.

7  DATED: February 22, 2011

                                              HON. CHRISTINA A. SNYDER
                                              UNITED STATES DISTRICT JUDGE